

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

50 Main Street Suite 1100
White Plains, New York 10606

November 21, 2023

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    <u>United States v. Melvin Espaillat</u>, S2 23 Cr. 261

Dear Judge McCarthy:

    The above-referenced defendant has been brought before the Court for an initial appearance and arraignment on the above-referenced Indictment. Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the Indictment and arrest warrant.

    Thank you for your consideration.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                       By:    /s/
                              T. Josiah Pertz
                              Assistant United States Attorney
                              (212) 637-2246

SO ORDERED:

*[signature: Judith C. McCarthy]*    11-21-2023
HON. JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York