USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MELVIN ESPAILLAT-FERNANDEZ,

Defendant.

No. 23-CR-261-7 (NSR)
No. 26-CV-7195 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

Defendant Melvin Espaillat-Fernandez ("Defendant") filed a Motion to Vacate pursuant to 28 U.S.C. § 2255 ("Motion") in connection with his February 6, 2026 sentencing. (7:23-cr-00261-NSR-7, ECF No. 289; 7:26-cv-7195-NSR, ECF No. 1.) Defendant argues, among other things, that his retained counsel rendered ineffective assistance by failing to file a notice of appeal from his February 6, 2026 sentencing.

The Court directs the Government to respond to Defendant's Motion no later than September 15, 2026. The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Defendant at the address listed on ECF, and to note service on the docket.

Dated: August 25, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge